IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

**Shurwest, LLC,**
  **Plaintiff,**

  v.

**Carolyn Howard,**
  **Defendant.**

Case No.   5:19-cv-00180-REW

**PLAINTIFF SHURWEST, LLC'S ANSWER TO DEFENDANT'S COUNTERCLAIM**

  Plaintiff, Shurwest LLC ("Shurwest") files this Answer to Defendant's counterclaims and would state as follows:

  1. No response is required to Paragraph 1 because it does not allege any facts.

  2. No response is required to Paragraph 2 because it does not allege any facts.

**PARTIES**

  3. Shurwest lacks sufficient knowledge or information sufficient to form a belief about the facts alleged in Paragraph 3.

  4. Shurwest admits it is an Arizona limited liability company.  Shurwest otherwise denies the allegations contained in Paragraph 4.

**JURISDICTION AND VENUE**

  5. Shurwest agrees that the Court has jurisdiction over this matter and the parties.

  6. Paragraph 6 contains legal conclusions to which no response is required.  If a response is deemed to be required, Shurwest denies the allegations contained in Paragraph 6.

  7. Shurwest denies the allegations contained in paragraph 7.

  8. Shurwest denies the allegations contained in paragraph 8.

  9. Shurwest denies the allegations contained in paragraph 9.

10. Paragraph 10 contains legal conclusions to which no response is required. If a response is deemed to be required, Shurwest denies the allegations contained in Paragraph 10.

11. Paragraph 11 contains legal conclusions to which no response is required. If a response is deemed to be required, Shurwest denies the allegations contained in Paragraph 11.

## FACTUAL BACKGROUND

12. Shurwest denies the allegations contained in paragraph 12.

13. Shurwest denies the allegations contained in paragraph 13.

14. Shurwest denies the allegations contained in paragraph 14.

15. Shurwest denies the allegations contained in paragraph 15.

16. Shurwest admits the allegations in the first sentence of Paragraph 16. Shurwest otherwise denies the allegations contained in paragraph 16.

17. Shurwest denies the allegations contained in paragraph 17.

18. Shurwest denies the allegations contained in paragraph 18.

19. Shurwest denies the allegations contained in paragraph 19.

20. Shurwest denies the allegations contained in paragraph 20.

21. Shurwest denies the allegations contained in paragraph 21.

22. Shurwest denies the allegations contained in paragraph 22.

23. Shurwest denies the allegations contained in paragraph 23.

24. Shurwest denies the allegations contained in paragraph 24.

25. Shurwest denies the allegations contained in paragraph 25.

26. Shurwest denies the allegations contained in paragraph 26.

## CLAIMS FOR RELIEF
### Damage

27. No response is required to paragraph 27 because it does not allege any facts. To the extent a response is required, Shurwest denies the allegations contained in paragraph 27.

28. Shurwest denies the allegations contained in paragraph 28.

## COUNT ONE
### FRAUD

29. No response is required to Paragraph 29 because it does not allege any facts. To the extent a response is required, Shurwest denies the allegations contained in paragraph 29.

30. Shurwest denies the allegations contained in paragraph 30.

31. Shurwest denies the allegations contained in paragraph 31.

32. Shurwest denies the allegations contained in paragraph 32.

33. Shurwest denies the allegations contained in paragraph 33.

34. Shurwest denies the allegations contained in paragraph 34.

35. Shurwest denies the allegations contained in paragraph 35.

36. Shurwest denies the allegations contained in paragraph 36.

37. Shurwest denies the allegations contained in paragraph 37.

## COUNT TWO
### CONSTRUCTIVE FRAUD

38. No response is required to Paragraph 38 because it does not allege any facts. To the extent a response is required, Shurwest denies the allegations contained in paragraph 38.

39. Shurwest denies the allegations contained in paragraph 39.

40. Shurwest denies the allegations contained in paragraph 40.

41. Shurwest denies the allegations contained in paragraph 41.

42. Shurwest denies the allegations contained in paragraph 42.

43. Shurwest denies the allegations contained in paragraph 43.

44. Shurwest denies the allegations contained in paragraph 44.

## COUNT THREE
## NEGLIGENT MISREPRESENTATION

45. No response is required to paragraph 45 because it does not allege any facts. To the extent a response is required, Shurwest denies the allegations contained in paragraph 45.

46. Shurwest denies the allegations contained in paragraph 46.

47. Shurwest denies the allegations contained in paragraph 47.

48. Shurwest denies the allegations contained in paragraph 48.

49. Shurwest denies the allegations contained in paragraph 49.

50. Shurwest denies the allegations contained in paragraph 50.

51. Shurwest denies the allegations contained in paragraph 51.

52. Shurwest denies the allegations contained in paragraph 52.

## COUNT FOUR
## NEGLIGENCE

53. No response is required to Paragraph 53 because it does not allege any facts. To the extent a response is required, Shurwest denies the allegations contained in paragraph 53.

54. Shurwest denies the allegations contained in paragraph 54.

55. Shurwest denies the allegations contained in paragraph 55.

56. Shurwest denies the allegations contained in paragraph 56.

57. Shurwest denies the allegations contained in paragraph 57.

58. Shurwest denies the allegations contained in paragraph 58.

## COUNT FIVE
## VIOLATION OF KENTUCKY CONSUMER PROTECTION ACT

59. No response is required to Paragraph 59 because it does not allege any facts, to the

extent a response is required, Shurwest denies the allegations contained in paragraph 59.

60. Paragraph 60 contains legal conclusions to which no response is required. To the extent a response is required, Shurwest denies the allegations contained in paragraph 60.

61. Shurwest denies the allegations contained in paragraph 61.

62. Shurwest denies the allegations contained in paragraph 62.

63. Shurwest denies the allegations contained in paragraph 63.

64. Shurwest denies the allegations contained in paragraph 64.

## COUNT SIX
## NEGLIGENT SUPERVISION

65. No response is required to Paragraph 65 because it does not allege any facts. To the extent a response is required, Shurwest denies the allegations contained in paragraph 65.

66. Shurwest denies the allegations contained in paragraph 66.

67. Shurwest denies the allegations contained in paragraph 67.

68. Shurwest denies the allegations contained in paragraph 68.

69. Shurwest denies the allegations contained in paragraph 69.

70. Shurwest denies the allegations contained in paragraph 70.

71. Shurwest denies the allegations contained in paragraph 71.

## COUNT SEVEN
## RESPONDEAT SUPERIOR/VICARIOUS LIABILITY

72. No response is required to Paragraph 72 because it does not allege any facts. To the extent a response is required, Shurwest denies the allegations contained in paragraph 72.

73. Shurwest denies the allegations contained in paragraph 73.

74. Shurwest denies the allegations contained in paragraph 74.

75. Shurwest denies all other allegations in Howard's Counterclaim not expressly admitted herein.

## AFFIRMATIVE DEFENSES

76. Shurwest owed no duty to Howard or to any of Howard's clients in connection with their investments in FIP products arising under applicable statutes, regulations, or common law.

77. Howard's claims are barred, in whole or in part, under the doctrines of estoppel, waiver, or laches.

78. Shurwest at all times acted in good faith.

79. Howard's claims are barred, in whole or in part, under the doctrine of unclean hands.

Dated: June 10, 2019

Respectfully submitted,

*/s/ Jason T. Ams*
Jason T. Ams
Kentucky Bar No. 91886
Bingham Greenebaum Doll LLP
300 W. Vine Street, Suite 1200
Lexington, Kentucky 40507
859 231-8500 – telephone
859-255-2742 – facsimile

Jason S. Lewis (admitted pro hac vice)
Texas Bar No. 24007551
Jason.Lewis@dlapiper.com
Jason M. Hopkins (admitted pro hac vice)
Texas Bar No. 24059969
Jason.Hopkins@dlapiper.com
DLA PIPER LLP
1900 N. Pearl Avenue, Suite 2200
Dallas, Texas 75201
214-743-4548 – telephone
972-813-6267 – facsimile

**ATTORNEYS FOR SHURWEST LLC**