UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| SHURWEST, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:19-CV-180-REW |
| | ) | |
| v. | ) | |
| | ) | AMENDED |
| CAROLYN HOWARD, | ) | SCHEDULING ORDER |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The parties jointly seek schedule amendment, specifically a ninety-day extension of outstanding deadlines, to permit sufficient discovery completion time. DE #34; *see* DE #21 (Scheduling Order). Given the extent and nature of discovery—particularly, the involvement of third-party discovery and the parties' cooperative efforts relating to document production and protection, as the record reflects—good cause, per Rule 16, supports granting the sought scheduling relief.

Accordingly, the Court **GRANTS** DE #34 and, consistent with the parties' proposed amended timeline, **AMENDS** the case schedule as follows:

1. The DE #21-required expert (and expert report) disclosures are due, from all parties, by **February 13, 2020**. Any rebuttal expert disclosures are due by **March 31, 2020**.

2. The parties shall complete all discovery no later than **April 14, 2020**.

3. The parties shall file any dispositive and/or *Daubert* motions by **May 1, 2020**.

4. The Court, for now (and reflective of its current scheduling practice), **SETS ASIDE** all DE #21 pretrial and trial-related filing deadlines and hearing dates. The Court will reset these

dates/deadlines, if and as appropriate, following resolution of any dispositive motions or, if none is filed, upon passage of the deadline for same.

5. All other aspects of DE #21—including discovery, motion practice, and referral mechanics—persist.

This the 15th day of November, 2019.

Signed By:
*Robert E. Wier*   /s/ REW
United States District Judge